BUMGARNER v. RENEAU

No. 101A92

Case below: 105 N.C.App. 362

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 16 July 1992.

CARDWELL v. SMITH

No. 207P92

Case below: 106 N.C.App. 187

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

COLVARD v. FRANCIS

No. 206P92

Case below: 106 N.C.App. 277

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

DEVOE v. N.C. STATE PORTS AUTHORITY

No. 217P92

Case below: 106 N.C.App. 231

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 16 July 1992.

DUNN v. PATE

No. 170PA92

Case below: 106 N.C.App. 56

Appeal from the North Carolina Court of Appeals by defendants pursuant to G.S. 7A-30 retained 9 July 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 9 July 1992.